OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015

5/20/2015
PAGE, JOSEPH DWIGHT    Tr. Ct. No. M1552129          WR-10,760-06

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus. *Padilla v. McDaniel.* 122 SW 3d 805 (Tex. Crim. App. 2003).

osta, Clerk

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL ·U·T·F